JAMES H. WOODFORD, Appellant, *v.* DAVID H. RASBACH, Respondent.

(Argued June 2, 1885; decided June 16, 1885.)

*Samuel Hand* for appellant.

*Francis Kernan* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JAMES H. WOODFORD, Appellant, *v.* BENJAMIN F. CHAPMAN et al., Respondents.

(Argued June 2, 1885; decided June 16, 1885.)

*Samuel Hand* for appellant.

*Francis Kernan* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.